September 25, 2003

Photo Experts Inc.
57-08 39th Avenue
Woodside, NY  11377

Attn:  Mr. James Pi, President

Re:  Victoria Cruises, Inc. - General

Invoice #PI-7-92503

Professional Services

| | | | Hours | |
|---|---|---|---|---|
| 7/11/03 | FS | Call from defendant Chris Lee re. lawsuit. | 0.40 | |
| 7/21/03 | AW | Discussion on Hwa Sha and People Travel infringement, advised the due date of Yantze's answer. | 0.70 | |
| 7/22/03 | FS | Draft memorandum regarding China Court service. | 0.30 | |
| 7/28/03 | AW | Dicussed the OTC matters. | 0.50 | NO CHARGE |
| 7/31/03 | AW | Reviewed the case status and general issue. | 0.80 | NO CHARGE |
| 8/22/03 | AW | Discussion on the OSC and injunction, etc.. | 0.50 | NO CHARGE |
| 8/29/03 | AW | Discussion on the Taiwan infrigement issue. | 0.70 | NO CHARGE |
| | AW | Prepared Demand Letter to Taiwan Tour Operation. | 0.90 | |
| 9/2/03 | AW | Phone call from client regarding status of Victoria Cruises court action. | 0.20 | NO CHARGE |
| 9/16/03 | AW | Receipt of client's instruction regarding Announcement revision, made changes, sent to client. | 0.80 | |

| | | | Amount |
|---|---|---|---|
| For professional services rendered | | 5.80 | $883.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Allen Wu, Esq. | 2.40 | 295.00 | $708.00 |
| Allen Wu, Esq. | 2.70 | 0.00 | $0.00 |
| Frank Seiler, Esq. | 0.70 | 250.00 | $175.00 |

Photo Experts, Inc.                                                                                    Page    2

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Harold Wm. Suckenik, Esq. | 0.50 | 0.00 | $0.00 |
| Anne Seelig, Esq. | 0.60 | 275.00 | $165.00 |
| Anne Seelig, Esq. | 1.20 | 0.00 | $0.00 |
| Mav Chung | 1.00 | 140.00 | $140.00 |

May 03, 2004

Victoria Cruises, Inc.
57-08 39th Avenue
Woodside, NY  11377

Attn:  Mr. James Pi, President

Re:  <u>Victoria Cruises, Inc. - General</u>

Invoice #PI-7-05034

Professional Services

|  |  |  | Hours |  |
|---|---|---|---|---|
| 3/30/04 | AW | Gather information, drafted Motion for Summary Judgement, discussion with client. | 1.50 | NO CHARGE |
| 3/31/04 | FS | Review file and Chrein transcript; Judge Block rules, and FRCP 56; call Judge Chrein clerk; review proposal order; Preparation and assembly of Motion for Summary judgement. | 2.60 |  |
| 4/1/04 | FS | Prepared letter to Judge Block re: pre-motion conference. | 1.00 |  |
| 4/5/04 | FS | Call United Lawyers re: proposal order; draft letter to Kim/United re: same. | 0.50 | NO CHARGE |
| 4/6/04 | FS | Researched law on summary judgement; draft notice of motion, draft statement to support, etc. | 3.60 |  |
| 4/9/04 | AW | Reviewed and recevied the motion paper including affirmation and memo of law, conducted legal reseach, assorted exhibits. | 2.00 |  |
|  | FS | Meeting on motion papers; revise all motion papers including statement of material facts, proposed order for permanent injunction and final judgement; and notice of motion. | 2.50 |  |
| 4/12/04 | FS | Prepared all exhibits and motion papers; call Mike Fanelli case manager re:pre-motion conference; call law clerk re:same. | 0.50 | NO CHARGE |
| 4/13/04 | FS | Call Michael Lanelli case manager re:pre-motion conference and motion for summary judgement. | 0.30 | NO CHARGE |
|  | AS | Contact USPTO re: status of dragon and chinese letter marks, read the email memo re: status to file. | 0.50 |  |

Victoria Cruises, Inc.                                                                                      Page      2

|  |  | Hours |  |
|---|---|---:|---:|
| 4/16/04 AW | Contact court, discussion on pre-trial conference, prepared additional documents, advised defendants the Court date. | 2.30 | |

|  |  | | Amount |
|---|---|---:|---:|
| | For professional services rendered | 17.30 | $3,798.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Allen Wu, Esq. | 4.30 | 295.00 | $1,268.50 |
| Allen Wu, Esq. | 1.50 | 0.00 | $0.00 |
| Anne Seelig, Esq. | 0.50 | 210.00 | $105.00 |
| Frank Seiler, Esq. | 9.70 | 250.00 | $2,425.00 |
| Frank Seiler, Esq. | 1.30 | 0.00 | $0.00 |

June 10, 2004

Victoria Cruises, Inc.
57-08 39th Avenue
Woodside, NY  11377

Attn:  Mr. James Pi, President

Re:  Victoria Cruises, Inc. - General

Invoice #PI-7-061004

Professional Services

| | | | Hours | |
|---|---|---|---|---|
| 3/17/2004 | AW | Instruction to file Motion for Summary Judgement. Reviewed document. Prepared motion and affidavit ,etc. | 2.00 | |
| 5/6/2004 | AW | Reviewed the case with client. Worked on strategy. | 0.20 | NO CHARGE |
| 5/14/2004 | FS | Prepared court appearance on pre-motion conference .Travel to court. | 3.50 | |
| 5/17/2004 | AW | Worked on Order to Show Cause for sanction against D's attorney. | 1.80 | |
| | FS | Called from court clerk (Judge's clerk) re: order to show cause;drafted memo. | 0.40 | NO CHARGE |
| 5/20/2004 | AW | Discussion and prepared for 6/2/04 hearing. | 0.50 | NO CHARGE |
| | FS | Drafted letter to James Pi re: case status,revived judge Beock's order. | 0.50 | NO CHARGE |
| 6/1/2004 | AW | Prepared for 6/2 hearing ,etc, organized supporting documents. | 1.00 | |
| 6/2/2004 | AW | Coordinated Court Appearance, confirmed the sanction and filing of motion , etc. | 2.20 | |
| | FS | Reviewed file to prepare court, court appearance on OSC. | 2.80 | |
| 6/3/2004 | FS | Reviewed motion status and finalized the motion. | 1.00 | |
| | FS | Finalized motion with exhibits and file with court. | 1.70 | |
| 6/8/2004 | FS | Call Pedro Garcia Esq. re: briefing schedule. | 0.20 | NO CHARGE |

Victoria Cruises, Inc.

Page     2

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 17.80 | $4,315.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Allen Wu, Esq. | 7.00 | 295.00 | $2,065.00 |
| Allen Wu, Esq. | 0.70 | 0.00 | $0.00 |
| Frank Seiler, Esq. | 9.00 | 250.00 | $2,250.00 |
| Frank Seiler, Esq. | 1.10 | 0.00 | $0.00 |

July 20, 2004

Victoria Cruises, Inc.
57-08 39th Avenue
Woodside, NY  11377

Attn:  Mr. James Pi, President

Re:  <u>Victoria Cruises, Inc. - General</u>

Invoice #PI-7-7204


Professional Services

|  |  |  | Hours |  |
|---|---|---|---|---|
| 6/10/2004 | AW | Processed the response to USPTO. | 0.70 | NO CHARGE |
| 6/15/2004 | AW | Call from client, discussed the status and other matters. | 0.20 | NO CHARGE |
| 6/16/2004 | AW | Call from the court,discussion the motion procedure,receipt and processing the two court orders re: sanction and servicing N.J. address, prepared Notice of Entry. | 2.00 | |
| 6/17/2004 | AW | Revised the letter to Garsia re: servicing NJ. client, requesting speed up court order,,etc, cc letter to judge. | 0.80 | |
| 6/24/2004 | FS | Call from Pedro Garcia Esq. re: sanction; call from Judge Blochs clerk re: Garcia. | 0.40 | NO CHARGE |
| 6/25/2004 | FS | Call Pedro Garcia Esq. re:motion service and fine payment. | 0.40 | NO CHARGE |
| 7/9/2004 | FS | Call Mike Innelli, Esq. re:Yangtze service; draft leter to Judge Bloke/Mike Innelli re:Yangtze injunction and reply to Motion. | 1.30 | |
| 7/13/2004 | AW | Advise re: the deadline for defendant answer our motion for summary judgement. | 1.00 | |
| | FS | Call Michael Lynn Judge clerk re: motion; reviewed Court order on Yangzge deadline. | 0.40 | NO CHARGE |
| 7/14/2004 | AW | Phone call from client, prepared protest letter to USPTO, collected China parties registration information, worked on the post motion for contempt. | 1.90 | |

Victoria Cruises, Inc.

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 9.10 | $2,006.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Allen Wu, Esq. | 5.70 | 295.00 | $1,681.50 |
| Allen Wu, Esq. | 0.90 | 0.00 | $0.00 |
| Frank Seiler, Esq. | 1.30 | 250.00 | $325.00 |
| Frank Seiler, Esq. | 1.20 | 0.00 | $0.00 |

August 19, 2004

Victoria Cruises, Inc.
57-08 39th Avenue
Woodside, NY  11377

Attn:  Mr. James Pi, President

Re:  <u>Victoria Cruises, Inc. - General</u>

Invoice #PI-7-8194

Professional Services

| | | Hours |
|---|---|---|
| 7/20/2004 AS | Drafted letter to USPTO attorney re: abandonment and reinstatement. | 0.90 |
| 7/21/2004 AW | Processed the trademark infringement claim, set next week to push court for final judgement. | 0.70 |
| AS | Drafted letter to USPTO re : Chinese letter Mark; drafted letter to USPTO re: Dragon Mark. | 1.80 |
| 7/22/2004 FS | Call pedro Garcia re; service of motion; drafted letter to  Judge Block re: extension of time for Yangtze to respond. | 0.80 |
| 7/23/2004 FS | Revised letter to Judge Block re: extension time to respond to motion for summary. | 0.70 |
| 7/26/2004 AS | Phone call with Mr. Pi re: status of litigation, etc. | 0.20 NO CHARGE |
| AS | Phone call with Mr. Pi. | 0.10 NO CHARGE |
| AS | Revised letter to USPTO, attach prior requested documents. | 0.60 |
| AS | Drafted letter to client re: d/b/a name. | 0.50 NO CHARGE |
| AS | Reviewed Mrs. Pi's fax, phone call to Mark Lerpiq (USPTO), call Mrs. Pi. | 0.30 NO CHARGE |
| 7/28/2004 FS | Phone call from client re: case status and motion. | 0.30 NO CHARGE |
| AS | Phone call with Mrs. Pi. | 0.20 NO CHARGE |

Victoria Cruises, Inc.

|  |  |  | Hours |  |
|---|---|---|---|---|
| 7/29/2004 | AS | phone call with Mr. Pi. | 0.10 | NO CHARGE |
| 7/30/2004 | AS | Prepared document for Pi to pick up. | 0.30 | NO CHARGE |
|  | AS | Drafted letter to Mr.Pi. | 0.30 | NO CHARGE |
| 7/31/2004 | AW | Follow up with the Trademark Registration and Motion for Summary Judgement. | 1.20 |  |
| 8/2/2004 | AS | Phone call to USPTO. | 0.20 | NO CHARGE |
|  | AS | Drafted letter to office of assistant commissions, phone call to Elaine. | 1.20 |  |
| 8/5/2004 | AW | Various discussion with client re: China Party's application. | 0.60 |  |
|  | AS | Phone call with Mr. Pi re: status. | 0.20 | NO CHARGE |
|  | AS | Drafted Notice of opposition, completed and copied the Exhibits. | 1.30 |  |
|  | AS | Two phone calls with Vera. | 0.30 | NO CHARGE |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 12.80 | $2,417.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Allen Wu, Esq. | 2.50 | 295.00 | $737.50 |
| Anne Seelig, Esq. | 5.80 | 225.00 | $1,305.00 |
| Anne Seelig, Esq. | 2.70 | 0.00 | $0.00 |
| Frank Seiler, Esq. | 1.50 | 250.00 | $375.00 |
| Frank Seiler, Esq. | 0.30 | 0.00 | $0.00 |

October 08, 2004

Victoria Cruises, Inc.
57-08 39th Avenue
Woodside, NY  11377

Attn:  Mr. James Pi, President

Re:  Victoria Cruises, Inc. - General

Invoice #PI-7-8194

Professional Services

| | | | Hours |
|---|---|---|---|
| 8/10/04 | AS | Followed up with USPTO re: Dragon; followed up call with USPTO re: Chinese Character; followed up with USPTO re: Notice of objection. | 0.80 |
| 8/18/04 | AW | Processed the trademark office instruction. | 1.00 |
| | AS | Research C.F.R.37( USPTO Regulation), drafted declaration re: substitute specimen, drafted memo. | 1.00 |
| 8/19/04 | AS | Drafted memo to Mr. Pi, drafted objection letter to USPTO. | 2.00 |
| 8/20/04 | AW | Further processed the phone requirement, finalized the Declaration. | 1.00 |
| | AS | Research English words only to see if Pi or anyone has registered. | 0.30 |
| 8/23/04 | FS | Drafted letter to Judge Block re: defendant's request for an extension to answer motion. | 0.90 |
| | JN | Typed letter to Judge.  Fax letter to Judge and Yangtze Cruises. | 0.60 |
| | AS | Finalized declaration. | 0.10 |
| 8/24/04 | AS | Drafted letter to Mark Leipzig (reveiwing attorney). | 0.50 |
| | AW | Revised the letter to Judge Objecting extension. | 1.00 |
| 8/25/04 | AS | Revised and finalized letters to reviewing attorney. | 0.20 |
| | AW | Contacted the Court re: granting of our motion for summary judgement. | 1.00 |

Victoria Cruises, Inc.

|  |  |  | Hours |
|---|---|---|---|
| 8/31/04 AW | Reviewed Court decision, sent to client and discussion. | | 0.20 |
| 9/1/04 FS | Reviewed Judge Block order extending time for opposition papers to Motion. | | 0.10 |
| 9/13/04 AW | Discussion with client re: possible Settlement, worked on the consent Judgement, etc. | | 1.20 |
| 9/14/04 AW | Call from Hu re: Settlement proposal, worked on the Motion. | | 0.70 |
| 9/15/04 AW | Discussion with client. | | 0.30 |
| AW | Revised the letter to Judge. | | 0.50 |
| FS | Drafted letter to Judge Block re: extension and settlement; reviewed proposed order. | | 1.10 |
| 9/16/04 FS | Drafted revised consent permanent information and Settlement Agreement and stipulation. | | 2.40 |
| 9/17/04 AW | Final negotiation, made revision of final Judgement and Stipulation and sent it out. | | 1.80 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 18.70 | $4,854.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Allen Wu, Esq. | 8.70 | 295.00 | $2,566.50 |
| Anne Seelig, Esq. | 4.90 | 225.00 | $1,102.50 |
| Frank Seiler, Esq. | 4.50 | 250.00 | $1,125.00 |
| Joanna Ng | 0.60 | 100.00 | $60.00 |

October 12, 2004

Victoria Cruises, Inc.
57-08 39th Avenue
Woodside, NY  11377

Attn:  Mr. James Pi, President

Re:  <u>Victoria Cruises, Inc. - General</u>

Invoice #PI-7-10184


Professional Services

|  |  |  | Hours |  |
|---|---|---|---|---|
| 9/21/04 | AW | Discussion with court re: permanent injunction and judgment, pushed defendant for paper. | 1.20 | |
| | AW | Continued negotiation with defendant, reviewed letter from Hu. | 0.90 | |
| 9/23/04 | AW | Revised the Stipulation and Final Judgment, negotiation of final draft, etc. | 2.50 | |
| 9/24/04 | AW | Continued negotiation, started to drafted final judgment. | 1.80 | |
| 9/27/04 | AW | Call from Hu re: response by tomorrow, prepared the court order. | 0.40 | |
| 9/28/04 | AW | Reviewed Yangtze's letter to judge, prepared a response. | 0.50 | |
| 9/29/04 | AW | Receipt and reviewed of court order setting 10/8/04 as final deadline. | 0.70 | |
| 10/1/04 | AW | Call from Hu re: court deadline, advised client, etc. | 0.50 | NO CHARGE |
| 10/6/04 | HS | Prepared proposed Order for client's approved and execution. | 1.30 | |
| 10/12/04 | AW | Phone call from client. | 0.20 | NO CHARGE |
| | HS | Reviewed proposed Order,discussion with Court. | 0.50 | |
| | | | | Amount |
| | | For professional services rendered | 10.50 | $3,140.00 |

¶j;  9-27-2005"

@PJL SET JOBATTR="JobAcct1=AW-1a"

@PJL SET JOBATTR="JobAcct2=WKNY1

Victoria Cruises, Inc.                                                                          Page    2

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Allen Wu, Esq. | 8.00 | 325.00 | $2,600.00 |
| Allen Wu, Esq. | 0.70 | 0.00 | $0.00 |
| Harold Wm. Suckenik, Esq. | 1.80 | 300.00 | $540.00 |

December 29, 2004

Photo Experts, Inc.
57-08 39th Avenue
Woodside, NY  11377

Attn:  Mr. James Pi, President

Re:  <u>Victoria Cruises, Inc. - General</u>

Invoice #  PI-7-122904


Professional Services

|  |  | Hours |
|---|---|---|
| 10/26/2004 AW | Follow up with the court order; contacted the court law secretary, etc. | 0.50<br>NO CHARGE |
| 10/27/2004 AS | Found law secretary contact info. online. | 0.20<br>NO CHARGE |
| 11/1/2004 AS | Phone call to Court Clerk; drafted memo. | 0.30<br>NO CHARGE |
| 11/3/2004 AW | Contacted the Court to clarify affidavit of service issue, search the record. | 0.50<br>$147.50 |
| 11/5/2004 AW | Contacted the Case Management Office; discussion; followed up the judge decision. | 0.80<br>$236.00 |
| 11/24/2004 AS | Checked status using Pacer. | 0.10<br>$22.50 |
| 12/2/2004 AS | Looked online for update status re: Litigation; Find file and called Law secretary re: Litigation status (Motion). | 0.30<br>$67.50 |
| 12/13/2004 AW | Follow up the decision. | 0.20<br>NO CHARGE |
| 12/17/2004 AS | Prepared Pacer search re: status and phone call to clerk. | 0.40<br>$90.00 |
| 12/20/2004 AS | Drafted and sent letter to client with enclosure. | 0.70<br>$157.50 |

Photo Experts, Inc.                                                                   Page      2

|                                    | Hours | Amount   |
|------------------------------------|-------|----------|
| For professional services rendered | 4.00  | $721.00  |

## Timekeeper Summary

| Name             | Hours | Rate   | Amount   |
|------------------|-------|--------|----------|
| Allen Wu, Esq.   | 1.30  | 295.00 | $383.50  |
| Allen Wu, Esq.   | 0.70  | 0.00   | $0.00    |
| Anne Seelig, Esq.| 1.50  | 225.00 | $337.50  |
| Anne Seelig, Esq.| 0.50  | 0.00   | $0.00    |

# WU & KAO, P.L.L.C.

ATTORNEYS AT LAW

747 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017

——

(212) 755-8880

FACSIMILE
(212) 755-8890
(212) 755-0095
(212) 755-5049
WRITER'S DIRECT LINE
(212)

February 17, 2005

Photo Experts, Inc.
57-08 39th Avenue
Woodside, NY 11377

Attn: Mr. James Pi, President

Re: Victoria Cruises, Inc. - General

Invoice # PI-5002-021705

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 1/6/2005 AS | Conduct Pacer status search re: Motion. | 0.20 | |
| 1/12/2005 AS | Prepared Pacer search re: Motion status. | 0.10 | |
| 1/20/2005 AS | Pacer search. | 0.20 | |
| For professional services rendered | | 0.50 | $122.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anne Seelig, Esq. | 0.50 | 245.00 | $122.50 |

# WU & KAO, P.L.L.C.

### ATTORNEYS AT LAW

747 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017

———

(212) 755-8880

FACSIMILE
(212) 755-8890
(212) 755-0095
(212) 755-5049
WRITER'S DIRECT LINE
(212)

April 11, 2005

Photo Experts, Inc.
57-08 39th Avenue
Woodside, NY 11377

Attn: Mr. James Pi, President

Re: <u>Victoria Cruises, Inc. - General</u>

Invoice # PI-5002        -50411

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/4/2005 | HS | Prepared Service of Order on Defendant Pro Se. | 0.50 | NO CHARGE |
| 2/14/2005 | HS | Reviewed Stipulation and Legal Research. | 1.20 | |
| 2/22/2005 | AW | Reviewed documents; prepared notary public for authorizations. | 1.00 | |
| 3/2/2005 | HS | Proposed Default Judgment; Findings of Facts; Conclusions of Law. | 2.00 | |
| 3/9/2005 | AS | Called Reviewing Attorney; Searched old files for September 03 Letter copy and Enclosures. | 0.60 | NO CHARGE |
| | MC | Prepared Motion; Typed paper; letter; Scanned; Electronic Filing of letter. | 1.00 | |
| 3/10/2005 | AW | Reviewed Yangtze Cruises letter; Contacted Christ Lee; Discussion. | 1.20 | |
| | AS | Checked Judgment Status on Pacer; Changjiang filing status on USPTD web site; Called USPTD for status; Wrote memos to Mr. Wu. | 0.60 | |
| | HS | Prepared Court Docket Sheet. | 0.50 | |
| 3/23/2005 | AS | Checked status of Judgment on Pacer. | 0.20 | NO CHARGE |
| 3/25/2005 | HS | Prepared letter to D. J. Block. | 0.50 | |
| 3/29/2005 | AW | Follow-up with Court re. Schedule of Judgment. | 0.30 | |
| 3/31/2005 | AS | Pacer search for Judgment Status Update. | 0.20 | NO CHARGE |
| 4/1/2005 | AW | Contacted the Law Secretary to check the Judgment process. | 0.80 | |
| | AS | Called Law Secretary; Memo to Mr. Wu. | 0.20 | NO CHARGE |
| | | For professional services rendered | 10.80 | $2,804.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Allen Wu, Esq. | 3.30 | 350.00 | $1,155.00 |
| Harold Wm. Suckenik, Esq. | 4.20 | 320.00 | $1,344.00 |

WIL & KAO PLLC

ATTORNEYS AT LAW

747 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017

———

(212) 755-8880



FACSIMILE
(212) 755-8890
(212) 755-0095
(212) 755-5049
WRITER'S DIRECT LINE
(212)

June 15, 2005

Victoria Cruises, Inc.
57-08 39th Avenue
Woodside, New York  11377
Attn: Mr. James Pi, President

Re:  <u>Victoria Cruises, Inc. - General</u>

Invoice # PI-50002          -619

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 4/13/2005 AS | Revised letter to client and send. | 0.40 | NO CHARGE |
| 4/15/2005 AS | Phone call to the court; checked Pacer. | 0.30 | NO CHARGE |
| 4/18/2005 AS | Phone call with Court; wrote memo to file. | 0.20 | NO CHARGE |
| HS | Telephoned D.J. Block's Law Secretary. | 0.50 | NO CHARGE |
| For professional services rendered | | 1.40 | $0.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Harold Wm. Suckenik, Esq. | 0.50 | 0.00 | $0.00 |
| Anne Seelig, Esq. | 0.90 | 0.00 | $0.00 |

# WU & KAO, P.L.L.C.

### ATTORNEYS AT LAW

747 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017

———

(212) 755-8880

FACSIMILE
(212) 755-8890
(212) 755-0095
(212) 755-5049
WRITER'S DIRECT LINE
(212)

September 15, 2005

Victoria Cruises, Inc.
57-08 39th Avenue
Woodside, New York  11377
Attn: Mr. James Pi, President

Re:  Victoria Cruises, Inc. - General

Invoice # PI-50002         -925

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/13/2005 | AS | Revised letter to client and send. | 0.40 | NO CHARGE |
| 4/15/2005 | AS | Phone call to the court; checked Pacer. | 0.30 | NO CHARGE |
| 4/18/2005 | AS | Phone call with Court; wrote memo to file. | 0.20 | NO CHARGE |
| | HS | Telephoned D.J. Block's Law Secretary. | 0.50 | NO CHARGE |
| 5/27/2005 | AW | Checked Pacer. | 0.10 | NO CHARGE |
| 6/1/2005 | AW | Telephoned Mr. Jeff Smith re: Agreement.   (Trademark) | 0.10 | |
| 6/20/2005 | AW | Advised Client re: current negotiations status for trademark registration. | 1.00 | |
| 6/21/2005 | AS | Searched Pacer. | 0.10 | NO CHARGE |
| 6/28/2005 | AS | Checked Pacer. | 0.10 | NO CHARGE |
| 7/5/2005 | AS | Checked status (Pacer) | 0.10 | NO CHARGE |
| 7/11/2005 | AS | Follow-up Pacer. | 0.10 | NO CHARGE |
| 7/12/2005 | AS | Checked Pacer. | 0.10 | NO CHARGE |
| 7/18/2005 | AS | (Community tdmk) Drafted letter to client; called re:interview appointments. | 0.30 | NO CHARGE |
| 7/19/2005 | AS | Researched  pacer. | 0.10 | NO CHARGE |
| 7/27/2005 | AW | Performed a follow-up of Court decision. | 0.20 | NO CHARGE |
| 8/1/2005 | AW | Drafted letter to J. Block for expediting the default judgment. | 1.00 | |
| | MC | Revised letter, exhibits, called Court, ECF to Court, mailed. | 1.00 | NO CHARGE |
| 8/2/2005 | MC | Drafted courtsey letters to Judge Go and Yangtze Cruises Inc., mailed legal copies. | 0.60 | NO CHARGE |

Victoria Cruises, Inc.                                                                                           Page    2

|            |     |                                                                                          | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------|-------|--------|
| 8/30/2005 | AS  | Research checked Pacer status.                                                             | 0.10  | NO CHARGE |
| 9/6/2005  | AS  | Telephoned Mrs. Pi.                                                                        | 0.20  | NO CHARGE |
| 9/12/2005 | AS  | Performed a follow-up and checked status.                                                 | 0.20  | NO CHARGE |
| 9/14/2005 | AW  | Reviewed the Chinese Trademark; renewal letter; prepared instruction to China attorney.   | 1.00  |        |
|            |     | For professional services rendered                                                        | 7.80  | $1,085.00 |

## Timekeeper Summary

| Name                       | Hours | Rate   | Amount     |
|----------------------------|-------|--------|------------|
| Allen Wu, Esq.             | 3.10  | 350.00 | $1,085.00  |
| Allen Wu, Esq.             | 0.30  | 0.00   | $0.00      |
| Harold Wm. Suckenik, Esq.  | 0.50  | 0.00   | $0.00      |
| Anne Seelig, Esq.          | 2.30  | 0.00   | $0.00      |
| May Chung                  | 1.60  | 0.00   | $0.00      |