# WU & KAO

ATTORNEYS AT LAW

747 THIRD AVENUE
22ND FLOOR
NEW YORK, NEW YORK 10017

(212) 755-8880

FACSIMILE
(212) 755-8890
(212) 755-5049
www.wuandkao.com

VIA ECF

April 24, 2007

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attn: Honorable Marilyn D. Go
      U.S.M.J.

      Re:    Victoria Cruises, Inc. v. Yangtze Cruises Inc.
             1:03 CV 3146(FB)

Dear Honorable Go:

      We are the attorneys for Plaintiff, Victoria Cruises, Inc. ("Victoria Cruises") in connection with the above-captioned case.

      Pursuant to your Honor's November 3, 2005 Order, Plaintiff submitted the required documentation for determination of damages consisting of our submission of documentation proposing the amount of damages and injunctive relief against Defendant on December 22, 2005, and our letters dated September 21, 2006 and May 15, 2006.

      Victoria Cruises is now linked with General Travel as their official cruise line in Yangtze River, China. From time to time, Victoria Cruises still has found U.S. travel companies infringing on their "Victoria Cruises" trademark by promoting Yangtze Cruises, Inc.'s substantially lower-level ships and cruises in the Yangtze River. During 2002 - 2004 alone, as a result of Yangtze Cruises Inc.'s marketing cruises and travel related services under plaintiffs' "Victoria Cruises" trademark, Victoria Cruises lost significant sales and profits(2002 gross receipt/sales: $27,827,296.00, 2003 gross receipt/ sales: $4,621,246.00, 2004 gross receipt/sales: $10,716,177.00) as a result of Defendant's infringement. We propose that, in light of the tens of millions of dollars differential in Victoria Cruises profits during the time of Yangtze's Cruises Inc.'s infringing activities, Victoria Cruises should be awarded a judgment of no less than $5,000,000.00.

      We are aware that in instances where damages are impossible to calculate, statutory damages of up to $1,000,000.00 per violation may be an appropriate remedy. 15 U.S.C. Sec. 1117;

If there is any additional information that you require, please advise and we will provide anything we can.

Thank you for your kind attention.

Very truly yours,

WU & KAO

Anne Seelig

AS
cc:   Victoria Cruises, Inc.
W&K:G/Pi/VictoriaCruise/Judge-ltr/042407/14